THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* THE PUBLIC SERVICE COMMISSION OF THE SECOND DISTRICT et al., Defendants.

BUFFALO, GENESEE AND ROCHESTER RAILWAY COMPANY, Respondent.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Public Service Commission,* 126 App. Div. 938, affirmed.
(Argued November 10, 1908; decided November 24, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 16, 1908, which confirmed an order of the Board of Railroad Commissioners granting the application of the respondent herein for a certificate of public convenience and necessity under section 59 of the Railroad Law.

*Alfred L. Becker* for appellant.

*Daniel J. Kenefick* for respondent.

Order affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.